IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVAN P. SCHEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-506-CFC |
| | ) | |
| BEN AFFLECK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 9th day of July in 2026,

WHEREAS on May 20, 2026, this Court entered an Order that denied Plaintiff Evan Schein's application to proceed in District Court without prepaying fees or costs and ordered Plaintiff to pay in full the $405.00 filing fee within thirty days, or the case would be dismissed (D.I. 4);

WHEREAS Plaintiff has not complied with the May 20, 2026 Order (D.I. 4);

NOW THEREFORE, it is HEREBY ORDERED that the case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

[signature]

Chief Judge